Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 2, 2003









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed October 2, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01029-CV

____________

 

IN RE ZC STERLING INSURANCE AGENCY, INC., Relator

 



 

ORIGINAL PROCEEDING 

WRIT OF MANDAMUS

 



 

M
E M O R A N D U M   O P I N I O N

On September 23, 2003, relator
filed a petition for writ of mandamus and motion for emergency relief in this
Court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  On
September 23, 2003, we denied relator=s
motion for emergency relief.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition denied and Memorandum
Opinion filed October 2, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.